United States Courts
Southern District of Texas
FILED

*February 15, 2022*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. **4:22-cr-85** |
| CRAIG LINDSEY CORNELISON, Defendant. | § § § | |

## CRIMINAL INFORMATION

**THE UNITED STATES CHARGES THAT:**

### COUNT ONE

**(Engaging in the Sale of Firearms without a License)**

From in or around September 2019 to December 2020, in the Houston Division of the Southern District of Texas and elsewhere, the defendant,

**CRAIG LINDSEY CORNELISON,**

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

### NOTICE OF CRIMINAL FORFEITURE
**(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))**

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the United States of America hereby gives notice that upon conviction of Count One, all firearms and ammunition involved or used in any knowing violation of section 924, are subject to forfeiture to the United States, including but not limited to:

1. Ruger SP101 Revolver CAL:357 SN:571-68633
2. FMJ (Full Metal Jacket) M12 Pistol CAL:380 SN:12-0031661

3. SWD M11/9 Pistol CAL:9 SN:89-0033317
4. Smith & Wesson Bodyguard Pistol CAL:380 SN:KEZ5894
5. Ruger LCP Pistol CAL:380 SN:378-08956
6. Anderson Manufacturing AM-15 Receiver/Frame CAL:Multi SN:20018835
7. Ruger 22/45 Lite Pistol CAL:22 SN:39115883
8. Grendel Inc P30 Pistol CAL:22 SN:15745
9. Rock Island Armory Inc. (Geneseo, IL) 1911 Pistol CAL:45 SN:RIA1942902
10. Tanfoglio, F.LLI, S.N.C. Witness Pistol CAL:40/45 SN:EA15212
11. Para USA, Inc. 1911 LTC Pistol CAL:45 SN:P230352
12. Leinad, Inc. M12 Pistol CAL:380 SN:12-0015804
13. Para USA, Inc. Expert Pistol CAL:45 SN:K028967
14. Smith & Wesson 66 Revolver CAL:357 SN:BBZ1272
15. Leinad, Inc. M-11 Pistol CAL:9 SN:94-0030277
16. Colt DSII Revolver CAL:38 SN:1090SU
17. Colt Gold Cup Trophy Pistol CAL:45 SN:GCT45518
18. Smith & Wesson 19 Revolver CAL:357 SN:ACE8277
19. Para USA, Inc. Black Ops Recon Pistol CAL:45 SN:PA009933
20. Browning Hi Power Pistol CAL:9 SN:245PV57326
21. Sig-Sauer Mosquito Pistol CAL:22 SN:A036994
22. Ruger GP100 Revolver CAL:357 SN:176-49878
23. Smith & Wesson 28 Revolver CAL:357 SN:S246449
24. Smith & Wesson 686 Revolver CAL:357 SN:DCX0883
25. Ruger GP100 Revolver CAL:357 SN:177-56603
26. Smith & Wesson Highway Patrolman Revolver CAL:357 SN:N574251
27. Ruger Redhawk Revolver CAL:357 SN:504-00887
28. German Sports Guns GSG-1911 Ad Ops Pistol CAL:22 SN: A547923
29. Colt 1911 Pistol CAL:45 SN:FC30094E
30. Bersa Thunder 380 Pistol CAL:380 SN:949544
31. Bersa Thunder 380 Pistol CAL:380 SN:E54804
32. Israel Weapon IND-IWI (Israel Military IND-IMI) Uzi Pistol CAL:9 SN: UP03876
33. Beretta, Pietro S.P.A 92FS Pistol CAL:9 SN:L16112Z
34. Glock GMBH 34 Pistol CAL:9 SN:BHRG253
35. Taurus International 605 Protector Poly Revolver CAL:357 SN: AAM142399
36. Keltec, CNC Industries, Inc. PMR-30 Pistol CAL:22 SN: WWXM74
37. SWD M11/9 Pistol CAL:9 SN:89-0012551
38. Sig-Sauer P229 Legion Pistol CAL:9 SN:55B081735
39. FMJ (Full Metal Jacket) DD Derringer CAL:45/410 SN: 34238
40. Taurus 44 Revolver CAL:44 SN:DM102926

41. Taurus PT101P Pistol CAL:40 SN:SCS07828
42. Leinad, Inc. M-11 Pistol CAL:9 SN:94-0001181
43. Keltec, CNC Industries, Inc. PMR-30 Pistol CAL:22 SN: WXR619
44. RPB Industries SM11A1 Pistol CAL:380 SN:SAP3803058
45. Smith & Wesson M&P 22C Pistol CAL:22 SN:HJC5566
46. Beretta USA Corp 21A Pistol CAL:22 SN:BCS20278U
47. Sig Sauer (Sig-Arms) Sig M400 Rifle CAL:556 SN:20L004944
48. Glock GMBH 41 Pistol CAL:45 SN:XRZ232
49. SWD M12 Pistol CAL:380 SN:12-0004217
50. Browning Hi Power Pistol CAL:9 SN:245NZ62063
51. Beretta, Pietro S.P.A 1201 FP Shotgun CAL:12 SN:A13167L
52. Romarm/Cugir GP Wasr-10 Rifle CAL:762 SN:1988-ACK2444
53. Rock Island Armory Inc. (Geneseo, IL) 1911 Pistol CAL:45 SN: RIA1068245
54. Sig-Sauer P220 Pistol CAL:45 SN:G177241
55. Keltec, CNC Industries, Inc. PMR-30 Pistol CAL:22 SN: WXDW15
56. Keltec, CNC Industries, Inc. PMR-30 Pistol CAL:22 SN:WVR83
57. Norinco (North China Industries) NHM91 Rifle CAL:762 SN: 9310809
58. Norinco (North China Industries) MAK90 Sporter Rifle CAL:762 SN: 9449230
59. Sarsilmaz (Sar Arms) Excell Auto 5 Shotgun CAL:12 SN: 13EZ09260
60. Mossberg 740T Rifle CAL:22 SN:1227683
61. Aero Precision M5 Rifle CAL:Multi SN:US105460
62. Maadi Company MISR Rifle CAL:762 SN:CM00346
63. Ruger Mini 14 Rifle CAL:223 SN:189-86246
64. Bushmaster Firearms XM15-E2S Rifle CAL:223 SN:L094574
65. Colt SP1 Rifle CAL:223 SN:SP106707
66. Norinco (North China Industries) MAK90 Rifle CAL:762 SN: 22230
67. Maxim Defense Industries, LLC MD15 Pistol CAL:ZZ SN: MXM19A0221
68. Romarm/Cugir GP WASR 10/63 Rifle CAL:762 SN:1975FL1345
69. Henry Repeating Rifle Company H001 Lever Action Rifle CAL:22 SN: M13588T
70. Black Aces Tactical Pro Series S Shotgun CAL:12 SN:PSS02513AA
71. Rock River Arms, Inc. LAR-PPS Pistol CAL:556 SN:BA000516
72. Ruger PC Carbine Rifle CAL:9 SN:911-040007

## Money Judgment

Defendant is notified that upon conviction of Count One of the Criminal Information, a monetary judgment may be imposed in the amount of at least $147,747.00, representing the total

value of certain firearms involved in or used in knowing violation of said offense.

## Substitute Assets

Defendant is notified that in the event that property subject to forfeiture, as a result of any act or omission of Defendant,

(A) cannot be located upon the exercise of due diligence;

(B) has been transferred or sold to, or deposited with, a third party;

(C) has been placed beyond the jurisdiction of the court;

(D) has been substantially diminished in value; or

(E) has been commingled with other property that cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of the Defendant up to the total value of such property pursuant to Title 21, United States Code, Section 853(p), incorporated by reference in Title 28, United States Code, Section 2461(c).

**JENNIFER B. LOWERY**
**UNITED STATES ATTORNEY**

BY: _____
Steven Schammel
Assistant United States Attorney

_____
Heather Winter
Assistant United States Attorney