United States Courts
Southern District of Texas
FILED

February 15, 2022

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § Criminal No. **4:22-cr-85** |
| | § |
| CRAIG CORNELISON | § |
| Defendant | § |

## NOTICE OF RELATED CASES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, by and through the United States Attorney and Assistant United States Attorneys assigned to this matter, and hereby provides this written notice, pursuant to Local Rule LR5.2, Related Litigation Policy, of related cases. Specifically, this cause is related to cause number 4:20-cr-00584 which has been assigned to the Honorable Andrew S. Hanen.

Respectfully submitted,

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

/s/ Steven Schammel
Steven Schammel
Assistant United States Attorney
1000 Louisiana Street, Suite 2300
Houston, Texas 77001 TX
Phone: 713-567-9325

/s/ Heather Winter
Heather Winter
Assistant United States Attorney
U.S. Attorney's Office
1000 Louisiana, Ste. 2300
Houston, Texas 77002
Phone: 713-567-9000