Case 4:22-cr-00085   Document 14   Filed on 04/04/22 in TXSD   Page 1 of 4

United States District Court
Southern District of Texas
**ENTERED**
April 05, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. H-22-cr-085 |
| CRAIG LINDSEY CORNELISON,<br>    Defendant. | § § § | |

## AGREED PRELIMINARY ORDER OF FORFEITURE

Defendant Craig Lindsey Cornelison pleaded guilty to Count One of the Information, charging him with engaging in the sale of firearms without a license, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

The United States provided notice to the Defendant in the Information that in the event of conviction, the United States would seek to forfeit all firearms and ammunition involved in, or used in the commission of the offense. The United States also provided notice that it would seek a money judgment in the amount of $147,747.00, an amount equal to the value of property subject to forfeiture.

Based on the evidence in the record, including the Defendant's guilty plea, the Court finds that the requisite nexus has been established between property listed below and the offense of conviction. Defendant stipulates and agrees certain property listed in the Information's Notice of Forfeiture is subject to forfeiture and agrees to the forfeiture of that property. Defendant also stipulates and agrees that the factual basis of his guilty plea supports the forfeiture of $147,747.00 and the Defendant agrees to the imposition of a personal money judgment in that amount.

Accordingly, it is ORDERED:

1. The following property is forfeited to the United States of America:

1. Ruger SP101 Revolver CAL:357 SN:571-68633
2. FMJ (Full Metal Jacket) M12 Pistol CAL:380 SN:12-0031661
3. SWD M11/9 Pistol CAL:9 SN:89-0033317
4. Smith & Wesson Bodyguard Pistol CAL:380 SN:KEZ5894
5. Ruger LCP Pistol CAL:380 SN:378-08956
6. Anderson Manufacturing AM-15 Receiver/Frame CAL: Multi SN:20018835
7. Ruger 22/45 Lite Pistol CAL:22 SN:39115883
8. Grendel Inc P30 Pistol CAL:22 SN:15745
9. Rock Island Armory Inc. (Geneseo, IL) 1911 Pistol CAL:45 SN:RIA1942902
10. Tanfoglio, F.LLI, S.N.C. Witness Pistol CAL:40/45 SN:EA15212
11. Para USA, Inc. 1911 LTC Pistol CAL:45 SN:P230352
12. Leinad, Inc. M12 Pistol CAL:380 SN:12-0015804
13. Para USA, Inc. Expert Pistol CAL:45 SN:K028967
14. Smith & Wesson 66 Revolver CAL:357 SN:BBZ1272
15. Leinad, Inc. M-11 Pistol CAL:9 SN:94-0030277
16. Colt DSII Revolver CAL:38 SN:1090SU
17. Colt Gold Cup Trophy Pistol CAL:45 SN:GCT45518
18. Smith & Wesson 19 Revolver CAL:357 SN:ACE8277
19. Para USA, Inc. Black Ops Recon Pistol CAL:45 SN:PA009933
20. Browning Hi Power Pistol CAL:9 SN:245PV57326
21. Sig-Sauer Mosquito Pistol CAL:22 SN:A036994
22. Ruger GP100 Revolver CAL:357 SN:176-49878
23. Smith & Wesson 28 Revolver CAL:357 SN:S246449
24. Smith & Wesson 686 Revolver CAL:357 SN:DCX0883
25. Ruger GP100 Revolver CAL:357 SN:177-56603
26. Smith & Wesson Highway Patrolman Revolver CAL:357 SN:N574251
27. Ruger Redhawk Revolver CAL:357 SN:504-00887
28. German Sports Guns GSG-1911 Ad Ops Pistol CAL:22 SN: A547923
29. Colt 1911 Pistol CAL:45 SN:FC30094E
30. Bersa Thunder 380 Pistol CAL:380 SN:949544
31. Bersa Thunder 380 Pistol CAL:380 SN:E54804
32. Israel Weapon IND-IWI (Israel Military IND-IMI) Uzi Pistol CAL:9 SN: UP03876
33. Beretta, Pietro S.P.A 92FS Pistol CAL:9 SN:L16112Z
34. Glock GMBH 34 Pistol CAL:9 SN:BHRG253
35. Taurus International 605 Protector Poly Revolver CAL:357 SN: AAM142399
36. Keltec, CNC Industries, Inc. PMR-30 Pistol CAL:22 SN: WWXM74
37. SWD M11/9 Pistol CAL:9 SN:89-0012551
38. Sig-Sauer P229 Legion Pistol CAL:9 SN:55B081735

39. FMJ (Full Metal Jacket) DD Derringer CAL:45/410 SN: 34238
40. Taurus 44 Revolver CAL:44 SN:DM102926
41. Taurus PT101P Pistol CAL:40 SN:SCS07828
42. Leinad, Inc. M-11 Pistol CAL:9 SN:94-0001181
43. Keltec, CNC Industries, Inc. PMR-30 Pistol CAL:22 SN: WXR619
44. RPB Industries SM11A1 Pistol CAL:380 SN:SAP3803058
45. Smith & Wesson M&P 22C Pistol CAL:22 SN:HJC5566
46. Beretta USA Corp 21A Pistol CAL:22 SN:BCS20278U
47. Sig Sauer (Sig-Arms) Sig M400 Rifle CAL:556 SN:20L004944
48. Glock GMBH 41 Pistol CAL:45 SN:XRZ232
49. SWD M12 Pistol CAL:380 SN:12-0004217
50. Browning Hi Power Pistol CAL:9 SN:245NZ62063
51. Beretta, Pietro S.P.A 1201 FP Shotgun CAL:12 SN:A13167L
52. Romarm/Cugir GP Wasr-10 Rifle CAL:762 SN:1988-ACK2444
53. Rock Island Armory Inc. (Geneseo, IL) 1911 Pistol CAL:45 SN: RIA1068245
54. Sig-Sauer P220 Pistol CAL:45 SN:G177241
55. Keltec, CNC Industries, Inc. PMR-30 Pistol CAL:22 SN: WXDW15
56. Keltec, CNC Industries, Inc. PMR-30 Pistol CAL:22 SN:WVR83
57. Norinco (North China Industries) NHM91 Rifle CAL:762 SN: 9310809
58. Norinco (North China Industries) MAK90 Sporter Rifle CAL:762 SN: 9449230
59. Sarsilmaz (Sar Arms) Excell Auto 5 Shotgun CAL:12 SN: 13EZ09260
60. Mossberg 740T Rifle CAL:22 SN:1227683
61. Aero Precision M5 Rifle CAL:Multi SN:US105460
62. Maadi Company MISR Rifle CAL:762 SN:CM00346
63. Ruger Mini 14 Rifle CAL:223 SN:189-86246
64. Bushmaster Firearms XM15-E2S Rifle CAL:223 SN:L094574
65. Colt SP1 Rifle CAL:223 SN:SP106707
66. Norinco (North China Industries) MAK90 Rifle CAL:762 SN: 22230
67. Maxim Defense Industries, LLC MD15 Pistol CAL:ZZ SN: MXM19A0221
68. Romarm/Cugir GP WASR 10/63 Rifle CAL:762 SN:1975FL1345
69. Henry Repeating Rifle Company H001 Lever Action Rifle CAL:22 SN: M13588T
70. Black Aces Tactical Pro Series S Shotgun CAL:12 SN:PSS02513AA
71. Rock River Arms, Inc. LAR-PPS Pistol CAL:556 SN:BA000516
72. Ruger PC Carbine Rifle CAL:9 SN:911-040007.

2. Defendant shall forfeit $147,747.00 to the United States. A personal money judgment is awarded in favor of the United States and against the Defendant in the same amount.

3

3. The United States shall publish notice of this Agreed Preliminary Order of Forfeiture, and to the extent practicable, shall provide written notice to any person known to have an alleged interest in the property. Any person, other than the defendant, asserting a legal interest in the property may, within thirty days of the final publication of notice or receipt of notice, whichever is earlier, petition the Court for a hearing without a jury to adjudicate the validity of his/her alleged interest in the property, and for an amendment of the order of forfeiture, within such time as provided by 21 U.S.C. § 853(n).

4. The United States may move to amend this Order at any time to substitute property to satisfy the money judgment in whole or in part pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

5. This Agreed Preliminary Order is final as to the defendant and shall be made part of the defendant's sentence and included in the judgment against him.

Signed at Houston, Texas, on __April 4__, 2022.

Andrew S. Hanen
United States District Judge